CUTBIRTH v. STATE. (No. 3937.) (Court of Criminal Appeals of Texas. Feb. 16, 1916. Rehearing Denied March 29, 1916.) Appeal from Criminal Court, Taylor County; Thomas L. Blanton, Judge. Purna Cutbirth was convicted of perjury, and he appeals. Affirmed. See, also, 174 S. W. 1066. J. M. Wagstaff and S. P. Hardwicke, both of Abilene, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of perjury; his punishment being assessed at two years' confinement in the penitentiary. This is a companion case to Reed v. State, 183 S. W. 1168, this day decided, in an opinion by Judge Harper, cause No. 3938. The questions are, it may be stated, the same in both cases, except perhaps one question in the Reed Case not in this case. Inasmuch as the Reed Case has been affirmed, it would serve no practical purpose to write an extended opinion in this case. Upon the authority of that case the judgment herein will be affirmed.

HALL v. STATE. (No. 3976.) (Court of Criminal Appeals of Texas. March 8, 1916.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Norman H. Hall was convicted, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a misdemeanor conviction, and without a statement of facts or bills of exceptions. In the absence of these, nothing is presented which can be reviewed. The judgment is therefore affirmed.

McCLEARY v. STATE. (No. 3960.) (Court of Criminal Appeals of Texas. Feb. 23, 1916.) Appeal from District Court, Red River County; W. F. Moore, Special Judge. Will McCleary was convicted of crime, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. This record is before us, without bill of exceptions or statement of facts, under a plea of guilty. The judgment seems to be in proper form under the statute authorizing a plea of guilty in felony cases, following all provisions therein set out. As the record is presented to us, we find no question for review or discussion. The judgment therefore will be affirmed.

PAYNE v. STATE. (No. 3977.) (Court of Criminal Appeals of Texas. March 8, 1916.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Jesse Payne was convicted of burglary, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction of burglary, with the lowest penalty assessed, without a statement of facts or a bill of exceptions. There is nothing raised, in the absence of these, which we can review. The judgment is therefore affirmed.

WILEY v. STATE. (No. 3978.) (Court of Criminal Appeals of Texas. March 8, 1916.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Rip Wiley was convicted, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of robbery, and his punishment assessed at five years' confinement in the state penitentiary. As no statement of facts accompanies the record, and the record contains no bill of exceptions, there is no question presented in the motion for a new trial we can review. The judgment is affirmed.

MATLOCK et al. v. McGREGOR. (No. 5617.) (Court of Civil Appeals of Texas. San Antonio. Feb. 23, 1916. Rehearing Denied March 22, 1916.) Appeal from District Court, Bexar County; W. F. Ezell, Judge. Action by J. D. McGregor against A. L. Matlock and others. From a judgment for plaintiff, defendants appeal. Affirmed. A. L. Matlock, of San Antonio, for appellants.

FLY, C. J. This is a suit instituted by appellee on a promissory note for $900 against A. L. Matlock, Harry Hyman, Charles G. Johnson, C. H. Moore, and D. R. Scrivener. The case was submitted to the court without a jury, and judgment was rendered in favor of appellee for $1,096.92, with interest at 8 per cent. from date of judgment. Judgment was by default as to Moore and Scrivener. There is no statement of facts. The only point made in appellants' brief is that the record failed to show that either Moore or Scrivener had been cited, and that therefore the judgment should be reversed. Since the brief was filed a supplemental transcript, agreed to by appellants, has been filed, which shows that C. H. Moore and D. R. Scrivener were duly cited. The judgment is affirmed.